JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| DALE J. CABLER, JR., | ) Case No. EDCV 19-0517-PA (AS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| COUNTY OF RIVERSIDE, | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 28, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE